BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SANDEFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NAPOLEON SANDEFORD, )<br>)<br>Defendant. ))<br>_____ ) | No. CR 05-0096-SBA<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE STATUS HEARING<br><br>Date: June 21, 2005<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong<br>U. S. District Court |

This matter is currently on calendar for setting of motions on Tuesday, June 21, 2005, at 9:00 a.m. The parties have jointly agreed upon a proposed schedule for the filing of pretrial motions. Therefore, the parties jointly stipulate and request that the matter be taken off calendar and continued to the new date of August 30, 2005, at 11:00 a.m., and that the matter be set for hearing on defendant's motion(s) at that time, or as soon thereafter as the Court is available. The parties further request that the time between June 21 and August 30, 2005, be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(F), §3161(h)(8)(A), and §3161(B)(iv) for the reasons set forth in this stipulation.

Defendant intends to file a pretrial motion to suppress the evidence seized. In order to afford defendant time to complete his investigation and prepare the motion, the parties jointly agree that defendant should have until July 12, 2005, to file pretrial motions and further agree upon the following proposed schedule for briefing and hearing of defendant's motion:

Defendant to file by                           July 12

| | | |
|---|---|---|
| | Government Opposition due by | July 26 |
| | Defendant's Reply due by | August 2 |
| | Hearing on the motion: | August 30, 2005, at 11:00 a.m. |

The parties further note that this briefing schedule will accommodate the unavailability of defense counsel from July 14 through July 24, and the unavailability of government counsel from June 27 through July1 and from July 26 through 28. The timing of the hearing date takes into account the fact that defense counsel will be out of the office from August 15 through the 21st, and government counsel will be in trial and thus unavailable during the week of August 22nd.

For these reasons, the parties request that the Court (1) find that the time between today's date and the filing date of motions on July 12 is necessary to afford defendant sufficient opportunity to investigate, research and prepare his motions, and (2) order that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because this delay is necessary to provide counsel for defendant with the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further request that the time between the filing of defendant's motion on July 12 and the hearing on that motion on August 30 be excluded pursuant to §3161(h)(1)(F) of the Speedy Trial Act, which provides for exclusion for any period of delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing.

SO STIPULATED.

Dated:     June 23, 2005                              /S/
                                                      _____
                                                      HILARY A. FOX
                                                      Attorney for Defendant SANDEFORD

SO STIPULATED.

Dated:     June 23, 2005                              /S/
                                                      _____
                                                      DANA WAGNER
                                                      Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed"

- 2 -

signature (/S/) within this e-filed document.

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court vacates the status hearing set for June 21, 2005, and adopts the briefing schedule proposed by the parties. The Court further FINDS that the ends of justice served by excluding the time from today's date through July 12 outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to afford defendant this time for preparation and filing of motions would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the status hearing scheduled for June 21, 2005, shall be taken off calendar, and the matter scheduled for motions hearing on August 30, 2005 at 11:00 a.m. The Court finds that the time from today's date through July 12 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Upon the filing of defendant's motion, time shall be excluded pursuant to §3161(h)(1)(F), which provides for exclusion for any period of delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing.

IT IS SO ORDERED.

Dated: June 27, 2005        s/Saundra Brown Armstrong
                            SAUNDRA BROWN ARMSTRONG
                            United States District Court