KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DANA R. WAGNER (CSBN 209099)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone: (510) 637-3709
    Facsimile:  (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> NAPOLEON SANDEFORD, <br><br> Defendant. | No.: CR 05-00096 SBA <br><br> ORDER TO VACATE MOTIONS SCHEDULE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. §3161 ET SEQ. |

    Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that (1) there is good cause to vacate the motions schedule currently set for this matter and to schedule the next appearance for July 26, 2005, at 11:00 a.m.; (2) that time between July 14, 2005, and July 26, 2005, is excludable under the Speedy Trial Act, both because it is necessary for effective preparation of counsel, taking into account the exercise of due diligence, see 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), and because the Court will be considering a proposed Plea Agreement between the parties, see 18 U.S.C. § 3161(h)(1)(I).

    Based on these findings, IT IS HEREBY ORDERED that the motions schedule in this matter is VACATED, that the next appearance is set for July 26, 2005, at 11:00 a.m.,

1  and that the time between July 14, 2005, and July 26, 2005, is excluded from calculation
2  under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(I), (h)(8)(A), and
3  (h)(8)(B)(iv).

5  IT IS SO ORDERED.

7  DATED: July 14, 2005                    /s/ Saundra Brown Armstrong
                                            SAUNDRA BROWN ARMSTRONG
8                                           United States District Judge