

E-FILED

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  DANA R. WAGNER (CSBN 209099)
   Assistant United States Attorney
5
6     1301 Clay Street, Suite 340S
      Oakland, CA, 94612
      Telephone: (510) 637-3709
7     Facsimile:  (510) 637-3724

8  Attorneys for the United States



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No.: CR 05-00096 SBA |
|---|---|
| v. | ) ORDER TO SET NEW APPEARANCE DATE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. §3161 ET SEQ. |
| NAPOLEON SANDEFORD, | ) |
| Defendant. | ) |

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that (1) there is good cause to vacate the appearance currently set for this matter on July 26, 2005, and to schedule the next appearance for October 25, 2005, at 10:00 a.m.; (2) that time between July 26, 2005, and October 25, 2005, is excludable under the Speedy Trial Act because it is necessary for consideration by the Court of a proposed plea agreement to be entered into by the parties, see 18 U.S.C. § 3161(h)(1)(I).

Based on these findings, IT IS HEREBY ORDERED that the appearance set for July 26, 2005 is VACATED, and that the next appearance will be on October 25, 2005, at 10:00 a.m., for change of plea, judgment, and sentencing. IT IS FURTHER ORDERED

//

that the time between July 26, 2005, and October 25, 2005, shall be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(I).

IT IS SO ORDERED.

DATED: July 21, 2005

SAUNDRA BROWN ARMSTRONG
United States District Judge