UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0096 SBA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | [Docket No. 28] |
| NAPOLEON SANDEFORD, | ) | |
| Defendant. | ) | |

On September 22, 2005, Defendant filed a Motion to Replace Appointed Counsel and Request for *Ex Parte* Hearing [Docket No. 28.] Defendant, through counsel, requests the Court hear this motion and consider his request for appointment of replacement counsel. On October 25, 2005, Defendant is scheduled to appear in this Court for a Change of Plea, Judgment and Sentencing.

Good cause appearing,

IT IS HEREBY ORDERED THAT Defendant's Request for *Ex Parte* hearing regarding Defendant's Motion to Replace Appointed Counsel is GRANTED. Such hearing will take place on **October 4, 2005 at 11:00 a.m.**

IT IS SO ORDERED.

Dated: 9/28/05

SAUNDRA BROWN ARMSTRONG
United States District Judge