BARRY J. PORTMAN
Federal Public Defender
HILARY FOX
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SANDEFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00096 SBA |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE AND FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET SEQ. |
| vs. | |
| NAPOLEON SANDEFORD, | |
| Defendant. | |

This matter is currently scheduled for sentencing on October 25, 2005, at 10:00 a.m. For the reasons set forth below, the parties jointly request that the sentencing hearing be continued until December 6, 2005, at 10:00 a.m.

The Probation Officer timely issued a draft report on September 20, 2005. Due to communication problems that defendant and his counsel were experiencing at that time, however, defendant and his counsel have not yet reviewed the draft Presentence Report together to determine whether defendant has any objections or corrections to the report. Defendant and his counsel have now resolved the communication problems and seek an opportunity to review the report together and respond to it prior to the issuance of a final report. The government does not object to this request. The parties therefore agree that the sentencing date should be

STIPULATION AND
PROPOSED ORDER         1

1  continued to December 6 to provide an opportunity for defendant to review and respond to the
2  draft report.
3      The parties further agree that the time between October 25 and December 6, 2005, is
4  excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(I), because the plea agreement has
5  been taken under submission by the Court.
6  SO STIPULATED.
7  Date: October 20, 2005

        /S/
        DANA WAGNER
        Assistant United States Attorney

Date: October 20, 2005

        /S/
        HILARY FOX
        Assistant Federal Public Defender
        Attorney for Defendant Sandeford

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: October 20, 2005        /S/
        MARILEE BARBEAU
        Legal Secretary

STIPULATION AND
PROPOSED ORDER                 2

1 **ORDER**

2  Based on the reasons provided by the parties in the above stipulation, the Court hereby

3 FINDS that the parties' joint request to afford defendant additional time to review and respond to

4 the draft presentence report is reasonable and will be granted.  The Court therefore ORDERS

5 that the date for change of plea in this matter shall be continued from October 25 to December 6,

6 2005, at 10:00 a.m.  As the parties acknowledge, the plea agreement has previously been

7 submitted to the Court and remains under submission at this time.  The Court therefore FINDS

8 that the time from October 25 until December 6, 2005, is excluded under the Speedy Trial Act,

9 18 U.S.C. § 3161(h)(1)(I).

10

11 IT IS SO ORDERED.

12 Date:  October 24, 2005

13 _____
SAUNDRA BROWN ARMSTRONG
14 United States District Judge

STIPULATION AND
PROPOSED ORDER                                        3